## TOWN OF HADDAM *v.* JOHN DeRAY
### (7738)

DALY, NORCOTT and FOTI, Js.

Argued October 10—decision released October 17, 1989

*John DeRay,* pro se, the appellant (defendant).
*William Howard,* for the appellee (plaintiff).

PER CURIAM. There is no error.